# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Daniel J. Adler,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                 3:10cv515

Anchor Funding Services LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2011 Order.

                                              Signed: May 16, 2011

Frank G. Johns, Clerk
United States District Court